**West Virginia Secretary of State**
Kris Warner

(http://www.sos.wv.gov)


EXHIBIT
A

Secretary of State (http://www.sos.wv.gov/Pages/default.aspx) > Business and Licensing
(http://www.sos.wv.gov/business-licensing/Pages/default.aspx) > Service of process search
(/business/service-of-process/) > Defendant details

# Defendant details

**Civil action #**

CC-20-2026-C-253 (/business/service-of-process/Home/Search?CivilActionNumber=CC-20-
2026-C-253)

**Defendant**

NAZANIN MAGNAZI (/business/service-of-process/Home/Search?
DefendantName=NAZANIN%20MAGNAZI%20)

**Invoice Id**

650375

**Agent**

**Country**

US - UNITED STATES

**County**

Kanawha

**Service date**

Friday, February 27, 2026

**Certified number**

92148901125134100004785456

**Delivery date**

Unknown

**USPS status**

The USPS has not yet provided a status.

**City/State/Zip**

LOS ANGELES, CA 90064

**Was delivered**

No

**Staff comment**

Returned to clerk because NOT DELIVERABLE AS ADDRESSED 3-24-26

**Signature image**

No image present

**Return Receipt**

View image (/business/service-of-process/Home/ReturnReceipt/69a35c33-9127-f111-a9fb-00155d636855)

Please note: USPS requires a signature whenever certified mail is returned to sender. When mail from the Secretary of State is returned, it is processed and signed by the state's central mailing office. If your mail was intended for a private entity (that is, anyone other than a state officer or agency) and the signature below is that of **Adam Robinson, Central Mailing Office, Danny Pauley, Jim Carter, Ronald Kushner or State of West Virginia**, then your mail was *NOT DELIVERED* and will be returned to the clerk of the appropriate court.



US POSTAGE
ZIP 25311  $010
02 4W
0000377385 MAR 0

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



USPS CERTIFIED MAIL™

9214 8901 1251 3410 0004 7854 56

NAZANIN MAGNAZI
1400 WEST OLYMPIC BLVD., STE. 200
LOS ANGELES, CA 90064

NIXIE    910    7E 18CU    7203/17/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 25305000991    2347N076145-00297

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 9214890112513410000478 5456

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to the original sender at 7:07 am on March 23, 2026 in CHARLESTON, WV 25301.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, To Original Sender**
CHARLESTON, WV 25301
March 23, 2026, 7:07 am

● **Arrived at Post Office**
SOUTH CHARLESTON, WV 25309
March 23, 2026, 3:22 am

● **Arrived at USPS Regional Origin Facility**
CHARLESTON WV PROCESSING CENTER
March 23, 2026, 2:27 am

● **In Transit to Next Facility**
March 22, 2026

● **Arrived at USPS Regional Origin Facility**
CHARLESTON WV PROCESSING CENTER
March 20, 2026, 8:40 am

● **Arrived at USPS Regional Facility**

SANTA CLARITA CA DISTRIBUTION CENTER
March 18, 2026, 10:40 pm

**Arrived at USPS Destination Facility**

PASADENA, CA 91109
March 17, 2026, 7:58 am

**No Such Number**

LOS ANGELES, CA 90015
March 10, 2026, 9:57 am

**Arrived at USPS Regional Destination Facility**

LOS ANGELES CA DISTRIBUTION CENTER
March 9, 2026, 9:29 am

**Pre-Shipment, USPS Awaiting Item**

February 27, 2026

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
| --- | --- |

| Return Receipt Electronic | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.