# Case Docket Entries

CC-20-2026-C-253

| Court: | **Circuit** | County: | **20 - Kanawha** | Created Date: | **2/25/2026** | Security Level: **Public** |
|---|---|---|---|---|---|---|
| Judge: | **Kenneth Ballard** | Case Type: **Civil** | | Case Sub-Type: **Other** | | Status: **Open** |

Related Cases:

Style: **April Nuckles v. LoanCare, LLC**

---

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 2/25/2026 11:03:04 AM | E-Filed | | Complaint |
| | 1-1  2/25/2026 | Civil Case Information Statement | | |
| | 1-2  2/25/2026 | Complaint - Complaint | | |
| | 1-3  2/25/2026 | Transmittal | | |
| | 1-4  2/25/2026 | Summons - Sent to Secretary of State 2/25/26 JH | | |
| 2 | 2/25/2026 11:03:04 AM | Judge Assigned | J-20010 | Kenneth Ballard |
| 3 | 2/25/2026 11:03:04 AM | Party Added | P-001 | April Nuckles |
| 4 | 2/25/2026 11:03:04 AM | Party Added | D-001 | LoanCare, LLC |
| 5 | 2/25/2026 11:03:04 AM | Party Added | D-002 | Lakeview Loan Servicing, LLC |
| 6 | 2/25/2026 11:03:04 AM | Party Added | D-003 | Nazanin Magnazi d/b/a BG Solutions |
| 7 | 2/25/2026 11:03:04 AM | Attorney Listed | P-001 | A-7774 - Bren Joseph Pomponio |
| 8 | 2/25/2026 11:03:04 AM | Service Requested | D-001 | Secretary of State - Certified - Including Copy Fee |
| 9 | 2/25/2026 11:03:04 AM | Service Requested | D-002 | Secretary of State - Certified - Including Copy Fee |
| 10 | 2/25/2026 11:03:04 AM | Service Requested | D-003 | Secretary of State - Certified - Including Copy Fee |
| 11 | 3/9/2026 1:35:08 PM | E-Docketed | | Supporting Documents - Acceptance of Service by Secretary of State as to Multiple Defendants |
| | 11-1  3/9/2026 | Supporting Document - Acceptance of Service by Secretary of State as to Multiple Defendants | | |
| | 11-2  3/9/2026 | Transmittal | | |

**EXHIBIT**

**B**

| User ID: | **Samantha.Withrow** | Page 1 of 1 | Date/Time: | **3/27/26 11:14 AM** |
|---|---|---|---|---|