## IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

**APRIL NUCKLES, formerly known
as April Olson,**

     **Plaintiff,**

**v.**

                                        **Civil Action No.: 2026-C-253**

                                        **Judge: Ballard**

**LOANCARE, LLC, LAKEVIEW
LOAN SERVICING, LLC, and
NAZANIN MAGNAZI, d/b/a BG
SOLUTIONS,**

     **Defendants.**

### NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that a Notice of Removal of the above-captioned action from the

Circuit Court of Kanawha County, West Virginia, to the United States District Court for the

Southern District of West Virginia, a copy of which is attached hereto as "**Exhibit A**," was duly

filed in the Office of the Clerk of the United States District Court for the Southern District of West

Virginia on the 27th day of March, 2026.

                                     **LOANCARE, LLC and LAKEVIEW
LOAN SERVICING, LLC,**

                                    */Matthew L. Ward/*               
                                           By Counsel

Matthew L. Ward, W.Va. Bar 11903
Dinsmore & Shohl LLP
611 Third Avenue
Huntington, West Virginia 25701
Telephone:    (304) 691-8475
Facsimile:    (304) 522-4312
matthew.ward@dinsmore.com
        *Counsel for Defendants, LoanCare, LLC
        and Lakeview Loan Servicing, LLC*



EXHIBIT

D

## IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

**APRIL NUCKLES, formerly known
as April Olson,**

      **Plaintiff,**

**v.**                                ,            **Civil Action No.: 2026-C-253**

                                                 **Judge: Ballard**

**LOANCARE, LLC, LAKEVIEW
LOAN SERVICING, LLC, and
NAZANIN MAGNAZI, d/b/a BG
SOLUTIONS,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the foregoing *"Notice of Filing of Notice of Removal to Federal Court"* was served upon the following counsel of record via the West Virginia E-filing System on the 27th day of March, 2026:

Bren Pomponio
Mountain State Justice
1217 Quarrier Street
Charleston, WV 25301
bren@msjlaw.org

                                       */s/ Matthew L. Ward*
                                       Matthew L. Ward, W.Va. Bar 11903